IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | 8:09CV183 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| PAUL W. KORSLUND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 15.) In this Motion, Plaintiff seeks reconsideration of the court's December 14, 2009 Memorandum and Order and Judgment which dismissed this matter because Plaintiff's claims implicated the validity of his conviction and current confinement and could not be brought pursuant to 42 U.S.C. § 1983. (Filing Nos. 13 and 14.) The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order.

  IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 15) is denied.

December 23, 2009.       BY THE COURT:

                 s/ Joseph F. Bataillon
                 Chief United States District Judge

---

  *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.